**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-18-00181-CR**
_____

**TONY MONSHEY SADDLER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 435th District Court**
**Montgomery County, Texas**
**Trial Cause No. 17-09-11241-CR**

**MEMORANDUM OPINION**

Tony Monshey Saddler filed a notice of appeal on May 1, 2018. On May 7, 2018, we notified the parties and copied the district clerk of the trial court, and the trial court that the trial court certification was missing. We received an Amended Clerk's Notice of Appeal indicating that Saddler had not yet been sentenced and no appealable order has been signed by the trial court. On September 7, 2018, we notified the parties that unless the appellant filed a response within fifteen days

1

establishing that an appealable order was entered, the case would be dismissed. Saddler did not file a response.

In a criminal case, the time for filing the notice of appeal from a conviction commences on the date the appellant is sentenced in open court. *See* Tex. R. App. P. 26.2. That event has not occurred. The appeal is dismissed for lack of jurisdiction. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

_____\
LEANNE JOHNSON
Justice


Submitted on October 16, 2018
Opinion Delivered October 17, 2018
Do Not Publish

Before Kreger, Horton, and Johnson, JJ.